# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146763(66)

HEATHER LYNN HANNAY,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.
_____/

SC: 146763
COA: 307616
Court of Claims: 09-000116-MZ

      On order of the Chief Justice, the motion of the Insurance Institute of Michigan to extend the time for filing an amicus curiae brief is GRANTED IN PART. The amicus brief will be accepted for filing if filed on or before March 4, 2014, not March 14, 2014 as requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2014



Clerk